ANNE SCHOR, Appellant, v. ALLEGHENY CAB Co., INC., Respondent.

Supreme Court, Appellate Term, First Department, January 13, 1939.

*Alfred Sobol*, for the appellant.

*Louis L. Resnick*, for the respondent.

PER CURIAM. Upon a reading of the record and in view of the fact that the defendant was compelled by law to carry insurance, it was error for the court to set aside the verdict of the jury because the defendant's witness in answer to a question stated that an insurance company took care of filing the report required by law.

Order reversed, with thirty dollars costs, and verdict reinstated.

All concur. Present — HAMMER, FRANKENTHALER and NOONAN, JJ.